HAMITER, Justice
(concurring).
In this cause plaintiffs assail Act No. 2 of the Second Extraordinary Session of 1960, they having alleged as the sole ground for their attack that such statute violates Article XII, Section 10 of the Louisiana Constitution which reads in part: “The Legislature shall provide for the creation and election of parish school boards * * The defendants, in their answer, denied the allegation. Consequently, we are called upon to discuss and determine herein only the question of whether the particular alleged violation has occurred.
It is my opinion, that when the mentioned constitutional provision is considered in connection with Article V, Section .11 of *944 the Louisiana Constitution, as must be done, a negative answer to the single posed question is required.
Accordingly, I respectfully concur in the decree.